AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| **In the Matter of the Search of**<br>the USPS Ground Advantage parcel bearing tracking number 9400 1118 9956 1437 9187 43 addressed to: "Bloc Star Bloc Star 901 st Williams dr E SAINT LOUIS IL 62206-1844" with a return address of "9099 E 8th St melko@123.net 9099 E 8th St RCH CUCAMONGA CA 91730-4501." | ) <br> ) <br> )   Case No. 4:24 MJ 7308 (SPM) <br> ) <br> ) SUBMITTED TO THE COURT AND <br> )SIGNED BY RELIABLE ELECTRONIC MEANS |

## APPLICATION FOR A SEARCH WARRANT

I, _MATTHEW W. SHAW_ , a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property: the **USPS Ground Advantage parcel bearing tracking number 9400 1118 9956 1437 9187 43 addressed to: "Bloc Star Bloc Star 901 st Williams dr E SAINT LOUIS IL 62206-1844" with a return address of "9099 E 8th St melko@123.net 9099 E 8th St RCH CUCAMONGA CA 91730-4501,"**

located in the ____ EA_STERN ___ District of ____MISSOURI____, there is now concealed

Illegal firearms components and/or MCDs.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;

✓ contraband, fruits of crime, or other items illegally possessed;

✓ property designed for use, intended for use, or used in committing a crime;

❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 26, U.S.C., §§ 5861, 5845 | Receive or possess a firearm which is not registered; |
| Title 18, U.S.C., § 922(o) | Transfer or possession of a machinegun |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

✓ Continued on the attached sheet.

❑ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

**I state under the penalty of perjury that the foregoing is true and correct**.

*[signature]*

Matthew W. Shaw, Task Force Officer
United States Postal Inspection Service
*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: __December 3, 2024_____

*[signature]*
*Judge's signature*

City and State: __St. Louis, MO_____

Shirley P. Mensah, U.S. Magistrate Judge
*Printed name and title*
AUSA: STEPHEN CASEY

AFFIDAVIT

I, Matthew W. Shaw, being duly sworn, state the following:

1.      I am a Task Force Officer (TFO) with the United States Postal Inspection Service (USPIS).  I have been assigned as a Task Force Officer with USPIS since March of 2024.  I have been assigned to the Contraband Interdiction and Investigation (CI2) Team. I have completed available training by the St. Louis County Police Department/DEA/FBI/USPIS in the investigation of controlled substances, contraband, and/or proceeds/payments being transported through the United States.  I was previously assigned from the St. Louis County Police Department as a Task Force Officer (TFO) to DEA- St. Louis Group 37 from approximately July 2019 to January 2024. Prior to my employment with the St. Louis County Police Department, I was employed by the Bellefontaine Neighbors Police Department from approximately December 2009 to July 2017. While employed by the Bellefontaine Neighbors Police Department, from approximately January 2013 to July 2017, I was assigned to the St. Louis County Multi-Jurisdictional Drug Task Force and FBI Safe Streets Gang Task Force as an FBI TFO. Prior to my employment with the Bellefontaine Neighbors Police Department, I was employed as a patrol officer with the Northwoods Police Department from approximately January 2009 to December 2009. I have accrued approximately 15 years of law enforcement experience. During my career, I have conducted numerous narcotics investigations as a Narcotics Detective, a position in which I have approximately 9 years of experience, to include an assignment with the Drug Enforcement Administration (DEA), the St. Louis County Multi-Jurisdictional Drug Task Force, and the FBI Safe Streets Gang Task Force. While assigned as a Detective, I received extensive training in narcotics investigations and money laundering investigations. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other

1

officers/agents and witnesses.

2.      Experience and contraband trafficking intelligence information gathered by the USPIS have demonstrated that the U.S. Postal Service Express Mail and Priority Mail are frequently utilized by traffickers for shipping contraband or proceeds/payments. Use of Express Mail and Priority Mail are favored because of the speed (Express Mail - overnight; Priority mail - two day delivery), reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business-to-business, correspondence. Intelligence from prior packages, which were found to contain contraband or proceeds/payments, has indicated that these labels are usually from an individual to an individual. Express Mail and Priority Mail are seldom used for individual to individual correspondence.

3.      Information gathered by the USPIS has also demonstrated that other delivery couriers, such as Federal Express and United Parcel Service, are frequently utilized by traffickers for shipping contraband or proceeds/payments. Information gathered by the USPIS has demonstrated that the services and delivery practices of Federal Express and United Parcel Service are similar to U.S. Postal Service Express Mail and Priority Mail. Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service are favored because of the speed, reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service were originally intended for urgent, business-to-business, correspondence. However, intelligence from prior packages which were found to contain contraband or proceeds/payments, has indicated that these shipping labels are usually from an individual to an individual. Federal Express and United Parcel Service are seldom utilized to

2

convey individual-to-individual correspondence.

4. In an effort to combat the flow of controlled substances/firearms through the overnight or two to three day delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of, and destinations for, contraband. The USPIS conducted an analysis of prior packages mailed through overnight and/or two to three day delivery services that contained contraband or proceeds/payments. The analysis of those prior packages indicated that these labels are usually from an individual to an individual. In the few cases when overnight, and or two to three day delivery service packages containing contraband or proceeds/payments have displayed a business or company name, it has usually proven to be a fictitious business or company, or the business listed is not associated with the mailer and was randomly selected by the mailer to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

5. Most business mailings sent via USPS or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order contraband via the internet) the USPIS learned that unknown persons posted intelligence on the Silk Road website warning would be traffickers that most USPIS search warrant affidavits for contraband/proceeds packages, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names. Due to the posting on the Silk Road Website, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and or valid business names on contraband/proceeds packages. Recent analysis has also shown that whether the mailer utilized a legitimate name/business on a mailing label or a fictitious name on the mailing

3

label, cash payment for postage is the method of payment for most contraband/proceeds parcels. USPIS analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority Mail, Federal Express, and United Parcel Service. This profile includes the following characteristics: package mailed from or addressed to a contraband source city; package has a fictitious return address; package addressee name is unknown at the destination address; package sender name is unknown at the return address; package has address information which is handwritten; package is mailed from a Commercial Mail Receiving Agency (CMRA); package is addressed to residential areas; package is addressed from an individual to an individual; packages are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the package is mailed is different than the ZIP Code used in the return address, and or any other characteristic previously noted in this paragraph.

6.    The U.S. Postal Inspection Service St. Louis Field Office's CI2 Team has found the characteristics listed in paragraphs three, four, and five, are indicative of packages, which have been found to contain illegal controlled substances, the proceeds/payments for controlled substances, or illegal firearms/firearms components.

7.    This affidavit is submitted for the limited purpose of establishing probable cause for the search warrants sought. I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient for the present purpose. The information contained in this affidavit is based upon my personal knowledge and investigation, as well as information conveyed to me by other law enforcement agents and employees.

8.    In August 2024, I was contacted by HSI SA Rayho of the HSI New England Cyber Crimes Group. SA Rayho informed me that with the assistance of the United States Postal Inspection Service (USPIS), and National Targeting Center (NTC) in his area of responsibility, he has been able to trace numerous international and domestic shipments of parts designed to convert semiautomatic pistols into fully automatic machineguns. These parts are referred to as machinegun conversion devices (MCD). SA Rayho said that since August 2023, he has been investigating multiple websites, businesses, and individuals as part of his investigation who are acting as vendors that sell, import, and export MCDs.

9.    Since he contacted me, SA Rayho's investigation has continued. The investigation has resulted in several undercover purchases and seizures of packages containing MCDs. SA Rayho said that the seized packages containing MCDs associated with several return addresses, including:

Joyce Ma
9099 E 8th Street
Rancho Cucamonga, CA

10.    In October 2024, HSI New England Division began receiving real-time order information from one of the unlicensed vendor websites selling MCDs to U.S. based customers. During the week of November 25th, SA Rayho informed me that, based on this real-time information from the unlicensed vendor, he had identified three packages destined for the St. Louis metropolitan area all suspected of containing MCDs. SA Rayho provided me with USPS tracking numbers for the three packages: **9400 1118 9956 1435 3405 91** ("Subject Package #1) **9400 1118 9956 1435 3112 63** ("Subject Package #2), and **9400 1118 9956 1437 9187 43** ("Subject Package #3).

5

<u>Subject Package #1</u>

11.    On November 28, 2024, I drove to the Network Distribution Center (NDC) and located Subject Package #1. Subject Package #1 is a white plastic bag measuring approximately 8 inches by 8 inches. Subject Package #1 had a computer printed USPS Ground Advantage label with the intended recipient "Chrishon Sawyer Chrishon Sawyer 122 N blanche ST Mounds IL 62962-1002." An open source database search reveals that the name "Chrishon Sawyer" does associate with 122 N Blanche as an address that was previously used by a subject with that name. However, the return address of "9099 E 8th St melko@123.net 9099 E 8th St RCH CUCAMONGA CA 91730-4501" is the same as previous packages from the MCD vendor. Based on the investigation to date, the source address is not associated with a licensed firearm importer, licensed firearm manufacturer, or licensed firearm dealer.

<u>Subject Package #2</u>

12.    On November 28, 2024, I drove to the NDC and located Subject Package #2. Subject Package #2 is a manila envelope measuring approximately 6 inches by 6 inches. Subject Package #2 had a computer printed USPS Ground Advantage label with the recipient of "JB JB 433 S clark ave Saint louis MO 63135-2638." "JB" does not associate with 433 S Clark; however, I can associate a subject by the name of "Jaden Brown" with the address through law enforcement databases. The return address of "9099 E 8th St melko@123.net 9099 E 8th St RCH CUCAMONGA CA 91730-4501" is the same as previous packages from the MCD vendor. Based on the investigation to date, the source address is not associated with a licensed firearm importer, licensed firearm manufacturer, or licensed firearm dealer.

6

Subject Package #3

13.     On December 2, 2024, I drove to the NDC and located Subject Package #3. Subject Package #3 is a manila envelope measuring approximately 6 inches by 6 inches. Subject Package #3 had a computer printed USPS Ground Advantage label with the recipient of "Bloc Star Bloc Star 901 st Williams dr E SAINT LOUIS IL 62206-1844." I was unable to associate "Bloc Star" with 901 St. Williams Drive. The return address of "9099 E 8th St melko@123.net 9099 E 8th St RCH CUCAMONGA CA 91730-4501" is the same as previous packages from the MCD vendor. Based on the investigation to date, the source address is not associated with a licensed firearm importer, licensed firearm manufacturer, or licensed firearm dealer.

14.     I secured the Subject Packages at the St. Louis County Police Department Affton-Southwest Precinct.

15.     Based on my training and experience, as well as the training and experience of other members of the USPIS Saint Louis CI2 Team, HSI, and USPIS Boston Division, I believe the Subject Packages contain illegal firearms components and/or MCD(s). I am aware that possession of these items and their importation are prohibited under 26 U.S.C §§ 5861 and 5845 and are unlawfully transported in violation of 18 U.S.C. § 922(o).

16.     The Subject Packages are currently in the custody of USPIS Task Force Officer Matthew Shaw in the Eastern District of Missouri. Attached herewith is a picture of the mailing label for the Subject Package.

17.     Because this investigation is ongoing and its success would be jeopardized if the contents of this affidavit were made public, Inspectors request that this affidavit be sealed until further order of the Court.

7

I state under penalty of perjury that the foregoing is true and correct.

_____
Matthew W. Shaw
USPIS Task Force Officer

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 this _____ day of December, 2024.

_____
SHIRLEY PADMORE MENSAH
United States Magistrate Judge
Eastern District of Missouri

8